UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 5:18-cv-00230-JSM-PRL  (Moody / Lammens)

WENDY MCINTOSH,

    Plaintiff,

vs.

YALAHA BAKERY LLC, D/B/A
YALAHA BAKERY, HEINZ JUERGEN
KLUMB and ANNE MARIE KLUMB,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, YALAHA BAKERY LLC, d/b/a YALAHA BAKERY, HEINZ JUERGEN KLUMB and ANNE MARIE KLUMB, by and through undersigned counsel, hereby advises the Court that the parties have reached a partial settlement in this matter.  The only remaining issue for this Court's consideration is attorneys' fees and costs to the plaintiff, and, in this regard, the parties request that the Court retain jurisdiction to consider a timely and properly filed motion for attorneys' fees and costs.  The parties are in the process of finalizing the settlement agreement and anticipate filing the appropriate papers with the Court within the next ten (10) days.

Dated:  August 10, 2018        Respectfully submitted,
       Boca Raton, FL

                                            *s/ Daniel R. Levine*
                                            DANIEL R. LEVINE, ESQ.
                                            Florida Bar No. 0057861
                                            E-mail:  DRL@PBL-Law.com
                                            PADULA BENNARDO LEVINE, LLP
                                            3837 NW Boca Raton Blvd., Suite 200
                                            Boca Raton, FL   33431
                                            Telephone:     (561) 544-8900
                                            Facsimile:      (561) 544-8999
                                            Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 *s/ Daniel R. Levine*
                                                 DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Wendy McIntosh v. Yalaha Bakery LLC, et al.*
Case No. 5:18-cv-00230-JSM-PRL  (Moody / Lammens)
United States District Court, Middle District of Florida

| Mitchell L. Feldman, Esquire<br>E-Mail:  mitch@feldmanwilliams.com<br>Feldman Williams PLLC<br>6940 W. Linebaugh Avenue, #101<br>Tampa, FL 33625<br>Telephone:     (813) 639-9366<br>Facsimile:       (813) 639-9376<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:  DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL 33431<br>Telephone:     (561) 544-8900<br>Facsimile:       (561) 544-8999<br>Counsel for Defendants<br>*Via CM/ECF* |
|---|---|